# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Dt. of Conn. (Hartford)
02-cr-250
Thompson

Roseann B. MacKechnie
CLERK



FILED OCT 7 2005

| | |
|---|---|
| Date: | 10/7/05 |
| Docket Number: | 04-0422-cr |
| Short Title: | USA v. Sari(Robinson) |
| DC Docket Number: | 02-cr-250 |
| DC: | DISTRICT OF CONNECTICUT (HARTFORD) |
| DC Judge: | Honorable Alvin Thompson |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of September, two thousand and five.

United States of America,

   Appellee,

   v.    (03-1697-cr (L), 04-0422-cr (CON),

Rodney Brandy, Tyree Robinson, and Herbert Lowery,

   Defendant-Appellants.

A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal defendant-appellant, Tyree Robinson, consolidated docket number 04-0422-cr, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
   DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Jamie Kauffman
Deputy Clerk

CERTIFIED: 10-7-05

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date:                10/7/05
Docket Number:       04-0422-cr
Short Title:         USA v. Sari(Robinson)
DC Docket Number:    02-cr-250
DC:                  DISTRICT OF CONNECTICUT (HARTFORD)
DC Judge:
                     Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of September, two thousand and five.

United States of America,

   Appellee,

   v.          03-1697-cr (L), 04-0422-cr (CON), 04-3923-cr (CON)

Rodney Brandy, Tyree Robinson, and Herbert Lowery,

   Defendant-Appellants.

A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal defendant-appellant, Tyree Robinson, consolidated docket number 04-0422-cr, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER
RECEIVED BY:_____ DATE_____
              CIVIL TEAM

For the Court,
Roseann B. MacKechnie, Clerk

By: Jamie Kauffman
Deputy Clerk