**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 03-1697 / 04-0422

Caption [use short title]:

United States
v.
Tyree Robinson,
Defendant-Appellant.

*FILED FEB 22 2006 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

Motion for: Withdrawal of Appeal

Set forth below precise, complete statement of relief sought:

Defendant-Appellant seek to discontinue this appeal for the reasons set forth herein

MOVING PARTY: ☒ Defendant  ☒ Appellant/Petitioner
OPPOSING PARTY: USA

MOVING ATTORNEY: Michael S. Pollok, Esq.
260 Madison Avenue
New York, NY 10016
(212) 679-2780
MSPollok@AOL.com

OPPOSING ATTORNEY [Name]: Gordon Hall, AUSA
U.S. Attorney, Dist. of Conn.
Conn. Financial Center - 157 Church St.
Post Office Box 06508
New Haven, Conn. 06508
(203) 821-7300

Court-Judge/Agency appealed from: U.S. District Court, District of Connecticut

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought? ☒ Yes ☐ No
B. been obtained? ☒ Yes ☐ No

Is oral argument requested? ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No
If yes, enter date: No firm date

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: [signed]   Date: 2/21/06
Has service been effected? ☒ Yes ☐ No [Attach proof of service]

## ORDER

Before: Hon. Reena Raggi, *Circuit Judge*

IT IS HEREBY ORDERED that the motion to withdraw the appeal is GRANTED.

3-8-06
Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signed] Arthur M. Heller, Motions Staff Attorney

*FILED MAR 8 2006 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ Deputy Clerk

ISSUED AS MANDATE: 3-29-06